IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VENDAL FAIRCHILD                                                           PLAINTIFF

v.                        No. 4:17-cv-747-DPM

USAble MUTUAL INSURANCE
COMPANY, doing business as
Arkansas Blue Cross Blue Shield                                            DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 April 2018